Form a0ntcsch
(Rev. 6/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Kevin John O'Brien<br><br>Debtor(s)<br>SSN/TAX ID:<br>xxx−xx−3960 | Case No.: 2:21−bk−52297<br><br>Chapter: 13<br><br>Judge: John E. Hoffman Jr. |

**ORDER REGARDING DEFICIENT FILING BY INDIVIDUAL DEBTOR
AND SETTING FOURTEEN (14) DAY DEADLINE FOR COMPLIANCE; AND
NOTICE OF IMMINENT DISMISSAL OF CASE**

The above−captioned bankruptcy case was filed without certain forms required by the Bankruptcy Code and/or Federal and Local Rules of Bankruptcy Procedure. See 11 U.S.C §§ 109(h), 342(b), 521(a)(1); Federal Rules of Bankruptcy Procedure 1007 and 2016; and Local Bankruptcy Rules 1007−1, 1007−2, 1015−2 and 2016−1(b)(1). Most required official and local forms are available on the on the court's website (www.ohsb.uscourts.gov), under the tab "Rules & Forms." The following required forms are missing and must be filed **within fourteen (14) days of the petition filing date:**

I. Forms required by 11 U.S.C. § 521(a)(1);

- ☐ Attorney's certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)
- ☐ Signature of debtor and certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)
- ☑ Schedules A/B − Property (Official Form 106A/B)
- ☑ Schedule D − Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☑ Schedule E/F − Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☑ Schedule I − Your Income; must include an answer to Question 13 (Official Form 106I)
- ☑ Schedule J − Your Expenses; must include an answer to Question 24 (Official Form 106J)
- ☐ Schedule J−2 − Expenses for Separate Household of Debtor 2 (Official Form 106J−2)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period. (Official Form 122C−1)
- ☐ Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

II. Other required forms:

- ☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Debtor (Official Form 101, Part 5)
- ☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Joint Debtor (Official Form 101, Part 5)
- ☐ Certificate of Credit Counseling – Debtor (certificate is provided by credit counseling agency)
- ☐ Certificate of Credit Counseling – Joint Debtor (certificate is provided by credit counseling agency)
- ☐ Certification of exigent circumstances under 11 U.S.C. § 109(h)(3) (separate sheet attached to Official Form 101)
- ☐ Motion for waiver of credit counseling requirement under 11 U.S.C. § 109(h) (4) (separate motion)
- ☑ Schedule C – The Property You Claim as Exempt (Official Form 106C)
- ☑ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)
- ☑ Schedule H – Your Codebtors (Official Form 106H)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☐ Chapter 13 Calculation of Your Disposable Income. (Official Form 122C–2)
- ☑ Chapter 13 Attorney Compensation Disclosure Statement (Local Bankruptcy Rule Form 2016–1(b))
- ☐ Statement of Related Cases (Local Bankruptcy Rule Form 1015–2)
- ☐ Statement About Your Social Security Numbers (Official Form 121)
- ☑ Verification of List of Creditors (Local Bankruptcy Rule 1007–2; available on the court's website at (www.ohsb.uscouts.gov/pdf–writable–forms)

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE IF THE DEBTOR(S) FAILS TO COMPLY WITH THIS ORDER.**

**SO ORDERED.**

Dated: July 6, 2021

John E. Hoffman Jr.
United States Bankruptcy Judge